AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

APPEARANCE

Case Number:

**07 CV 6745**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CHARLES TUCKER, individually, and MARY TUCKER, spouse

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/25/2007 | *signature* |
| Date | Signature |

| Deborah Lepow Ziegler | PHV789 |
|---|---|
| Print Name | Bar Number |

| 4265 San Felipe, Suite 1000 | | |
|---|---|---|
| Address | | |

| Houston | TX | 77027 |
|---|---|---|
| City | State | Zip Code |

| (713) 622-7271 | (713) 623-8724 |
|---|---|
| Phone Number | Fax Number |